**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | Civil No. 1:18-cv-00390 |
| | * | |
| **MARK LEON SHACKELFORD,** | * | |
| **COUNTRYWIDE HOME LOANS, INC. dba** | * | |
| **AMERICA'S WHOLESALE LENDER,** | * | |
| **MORTGAGE ELECTRONIC** | * | |
| **REGISTRATION SYSTEMS, INC., and** | * | |
| **DITECH FINANCIAL LLC,** | * | |
| **Defendants.** | * | |

## UNITED STATES' ORIGINAL COMPLAINT

For its original complaint, authorized and requested by a duly authorized delegate of the Secretary of the Treasury of the United States of America and directed on behalf of the United States Attorney General pursuant to 26 U.S.C. §§ 7401 and 7403, the United States alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action brought by the United States to: (1) reduce to judgment the **$157,508.27** in federal income (Form 1040) tax liabilities of Defendant Mark Leon Shackelford, for tax years 2006, 2007, and 2009-2016; (2) foreclose federal tax liens on Shackelford's residence located in Travis County, Texas; and (3) obtain a judicial sale of Shackelford's residence to apply the sale proceeds to the federal income tax liabilities of Shackelford. The other defendants are joined as parties to this lawsuit pursuant to 26 U.S.C. § 7403(b), because they have or may claim an interest in Shackelford's residence.

2. This Court has jurisdiction pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

3. Venue is proper in the Western District of Texas pursuant to 28 U.S.C. §§ 1391(b)(2) and 1396.

## PARTIES

4. Plaintiff is the United States of America.

5. Defendant Mark Leon Shackelford is a director of Christian Compassion Center, Inc. of Austin, Texas, and he is liable for federal income (Form 1040) taxes that are the subject of this lawsuit. He is an individual resident of Texas and of this district. He may be served with process at his residence at 215 Golf Crest Lane in Lakeway, Texas 78734.

6. Defendant Countrywide Home Loans, Inc. ("Countrywide"), doing business as America's Wholesale Lender is a New York corporation doing business in Texas. On information and belief, Countrywide may be a holder of a deed of trust lien against Defendant Mark Shackelford that may encumber title to the real property made the subject of this suit. It may be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas   75201.

7. Defendant Mortgage Electronic Systems, Inc. ("MERS") is or was a Delaware corporation doing business in Texas. On information and belief, MERS was and may still be a beneficiary of a deed of trust which encumbered title to the real property made the subject of this suit, and currently has no registered agent for service of process in Texas. MERS may be served with process through its president and chief executive officer, Bill Beckmann, at MERS, 1818 Library Street, Suite 300, Reston, Virginia   20190.

8. Defendant Ditech Financial LLC ("Ditech") is a Delaware limited liability company doing business in Texas. On information and belief, Ditech is the servicing agent who collects the monthly mortgage payments due on the real property made the subject of this suit, and may also have an interest in the real property. It may be served through its registered agent for service of process, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## FACTUAL BACKGROUND

A. **THE TAX LIABILITIES**

9. A delegate of the Secretary of the Treasury assessed against, and gave notice and demand to, Defendant Mark Shackelford for his unpaid income (Form 1040), for tax years 2006, 2007, and 2009-2015, plus penalties, interest, and statutory additions thereon until paid. Shackelford's income tax liabilities were "self-assessed" or reported on the federal income (Form 1040) tax returns Shackelford filed with the Internal Revenue Service but failed to pay. The assessment dates, unpaid income tax assessed balances for these tax years, and accrued penalties and interest thereon, to April 27, 2018, are as follows:

| Form/ Type of Tax | Period | Assessment Date | Original Tax Assessed | Original Penalties Assessed | Original Interest Assessed | Total Original Assessed Amount | Total Current Assessed Amount | Current Accrual Amount | Total Current Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1040 | 2006 | 05/12/2008 | $20,969.00 | $6,874.32 | $1,906.78 | $29,750.10 | $19,555.51 | $2,840.31 | $22,395.82 |
| 1040 | 2007 | 05/12/2008 | $32,533.00 | $162.66 | $144.31 | $32,839.97 | $31,487.54 | $4,573.33 | $36,060.87 |
| 1040 | 2009 | 02/12/2018 | $23,719.00 | $10,291.66 | $7,545.82 | $41,556.48 | $38,402.48 | $341.32 | $38,743.80 |
| 1040 | 2010 | 02/12/2018 | $18,160.00 | $9,015.00 | $5,637.87 | $32,812.87 | $32,812.87 | $0.00 | $32,812.87 |
| 1040 | 2011 | 02/12/2018 | $4,506.00 | $2,229.35 | $1,160.31 | $7,895.66 | $7,895.66 | $0.00 | $7,895.66 |
| 1040 | 2012 | 02/19/2018 | $1,026.00 | $505.35 | $220.46 | $1,751.81 | $1,751.81 | $0.00 | $1,751.81 |
| 1040 | 2013 | 02/12/2018 | $2,558.00 | $1,209.89 | $483.04 | $4,205.93 | $4,205.93 | $0.00 | $4,205.93 |
| 1040 | 2014 | 01/08/2018 | $6,444.00 | $2,513.16 | $804.17 | $9,761.33 | $9,823.33 | $62.00 | $9,823.33 |
| 1040 | 2015 | 04/09/2018 | $368.00 | $249.16 | $43.02 | $660.18 | $660.18 | $0.00 | $660.18 |

**Total**..........................................................................................................................................................$154,350.27

10.     In addition to the above liabilities, on or about December 11, 2017, Shackelford late-filed his 2016 federal income tax return with the IRS, and self-reported an income tax liability of $2,416, but did not make any 2016 estimated income tax payments, nor did he send a check to IRS to pay the $2,416 tax he reported. As of April 27, 2018, Shackelford owed $3,158 for his

–4–

2016 income tax. When added to his other income tax liabilities stated above, as of April 27, 2018, Shackelford owed the United States the sum of **$157,508.27,** for his 2006, 2007, and 2009-2016 income (Form 1040) tax, plus penalties, interest, and statutory additions thereon until paid.

B.  **FEDERAL TAX LIENS**

11. On or about April 18, 2017, March 5, 2018, and March 26, 2018, notices of federal tax lien was filed against Defendant Mark Shackelford with the County Clerk of Travis County, Texas. These tax liens secure payment of the 2006, 2007, 2009, 2011, 2012, 2013, and 2014 federal income (Form 1040) tax liabilities of Shackelford that are the subject of this suit.

C.  **SHACKELFORD RESIDENCE:**

12. On or about January 3, 2002, Mark Shackelford purchased by warranty deed with vendor's lien certain real property with the following legal description:

> LOT 3746, OF LAKEWAY SECTION CLUSTERS 28V, A SUBDIVISION IN TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 29, PAGE 289, PLAT RECORDS OF TRAVIS COUNTY, TEXAS.

13. The above-described real property is the residence of Mark Shackelford. It is located at 215 Golf Crest Lane, Lakeway, Texas 78734, and is located near Lake Travis. The Travis County Central Appraisal District appraised the property with a 2018 value of $317,135, and *realtor.com* shows an estimated value of $403,261. On information and belief, the residence is encumbered by a mortgage held by Countrywide Home Loans, Inc., serviced by Ditech Financial LLC. The real property is also encumbered by the notices of federal tax lien filed against Mark Shackelford referred to above.

## COUNT I
## REDUCE TAX ASSESSMENTS TO JUDGMENT

14. Despite notice and demand for payment of the above-described income (Form 1040) tax liabilities, Defendant Mark Shackelford has failed or refused to fully pay his federal income tax liabilities for tax years 2006, 2007, and 2009-2016. Accordingly, pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Shackelford is liable and indebted to the United States in the amount of **$157,508.27** for his federal income (Form 1040) tax liabilities for tax years 2006, 2007, and 2009-2016, plus penalties, and statutory additions and additional prejudgment and post-judgment interest thereon, from April 27, 2018, until paid, pursuant to 28 U.S.C. § 1961(c)(1); and 26 U.S.C. §§ 6601, 6621(a)(2), and 6622.

## COUNT II
## FORECLOSE FEDERAL TAX LIENS AGAINST THE SHACKELFORD RESIDENCE

15. The Shackelford residence that is the subject of this action is described above, and is currently titled to Mark L. Shackelford.

16. The assessment dates and amounts of tax owed by Shackelford are stated above, and on the notices of federal tax lien filed against Shackelford referred to above.

17. Pursuant to 26 U.S.C. §§ 6321 and 6322, statutory federal tax liens arose in favor of the plaintiff, United States of America, against all property and rights to property, whether real or personal, belonging to Mark Shackelford, as of the dates of the tax assessments described above, or acquired thereafter.

18. Pursuant to 26 U.S.C. § 7403, The United States is entitled to a judgment against all Defendants, foreclosing the tax liens against the Shackelford residence, and ordering the

Shackelford residence described above sold in payment of the federal income (Form 1040) tax assessments against Shackelford.

### Count III -- Federal Debt Collection Procedure Act Surcharge

19.     28 U.S.C. § 3011 authorizes the United States to recover from Defendant Mark Leon Shackelford a surcharge of 10% of the amount of his federal income (Form 1040) tax liabilities stated above, in the event the United States avails itself of the pre-judgment or post-judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

WHEREFORE, the United States respectfully requests that this court order, adjudge, and decree:

1.     That Defendant Mark Leon Shackelford is indebted to the United States in the amount of **$157,508.27** for his federal income (Form 1040) for tax years 2006, 2007, and 2009-2016, plus penalties, and statutory additions and additional prejudgment and post-judgment interest from April 27, 2018, until paid, pursuant to 28 U.S.C. § 1961(c)(1); and 26 U.S.C. §§ 6601, 6621(a)(2), and 6622;

2.     That the federal tax liens that encumber the Shackelford residence be foreclosed, that the residence be ordered sold by the Internal Revenue Service or a receiver appointed by the Court, that the sales proceeds be first applied to the costs of sale, then any unpaid ad valorem taxes, then any unpaid mortgage balance, then the proceeds should be applied in satisfaction of the tax liens of the United States and Shackelford's federal income tax liabilities;

3.      That in the event that the United States avails itself of pre-judgment and post-judgment remedies under Sub-chapter B or C of the Federal Debt Collection Act, then the United States be awarded a surcharge of ten percent of the amount of the tax debt under 28 U.S.C. § 3011, to cover the cost of the litigation and enforcement of the claim for the debt to be paid by Defendant Mark Leon Shackelford;

4.      That the Court determine the rights of the other lien creditors, and order that they are entitled to recover any mortgage balance proven by them; and

5.      That the United States be awarded other such relief as is just and proper.

JOHN F. BASH
United States Attorney

*/s/ Ramona S. Notinger*
RAMONA S. NOTINGER
Ramona.S.Notinger@usdoj.gov
Texas Bar No. 19158900
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas   75201
(214) 880-9766 fax: (214) 880-9742

ATTORNEYS FOR THE UNITED STATES

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
Mark Leon Shackelford, Countrywide Home Loans, Inc., dba America's Wholesale Lender, Mortgage Electronic Registration Systems, Inc., and Ditech Financial, LLC

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Travis
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ramona S. Notinger, U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400, Dallas, TX 75201
(214) 880-9766

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC Sections 7401 and 7403 and 28 USC Sections 1340 and 1345
Brief description of cause:
Reduce tax to judgment and foreclosure on property.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 157,508.27
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 05/09/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ramona S. Notinger

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

JS 44 Reverse (Rev. 09/11)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.